IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| AJARI ENIYI,<br><br>    Plaintiff,<br><br>v.<br><br>ACCURATE BACKGROUND, LLC,<br><br>    Defendant. | Case No.: 4:24-cv-00012-DMB-JMV<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ACCURATE BACKGROUND, LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ajari Eniyi and Defenadnt Accurate Background, LLC ("Accurate"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Accurate only. There are no remaining defendants in this matter.

Dated: April 19, 2024

| | |
|---|---|
| */s/ Brian K. Herrington*<br>Brian Kelly Herrington<br>CHABRA GIBBS & HERRINGTON, PLLC<br>120 North Congress Street, Suite 200<br>Jackson, MS 39201<br>T: (601) 948-8005<br>F: (601) 948-8010<br>E: bherrington@nationalclasslawyers.com<br><br>*Attorneys for Plaintiff,*<br>*Ajari Eniyi* | */s/ Joseph D. Steadman, Jr.*<br>Joseph D. Steadman, Jr. (MSB No. 106548)<br>Jones Walker LLP<br>11 N. Water Street, Suite 1200<br>Mobile, AL 36602<br>Telephone: (251) 439-7534<br>Fax: (251) 433-4106<br>jsteadman@joneswalker.com<br><br>*Counsel for Accurate Background, LLC* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Brittaney Thornton*